IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSE JONES, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | 1-18-cv-05384-LMM |
| v. | ) | |
| | ) | |
| MARIETTA NONDESTRUCTIVE | ) | JURY TRIAL DEMANDED |
| TESTING, LLC, CURTIS COOPER, and | ) | |
| STEVE NORRED, | ) | |
| | ) | |
|    Defendants. | ) | |

_____

### PLAINTIFF JESSE JONES' MOTION FOR ATTORNEYS' FEES

A claim for attorney's fees and related expenses must be made by motion within 14 days of the entry of judgment, and must specify the statute entitling the movant to the award and state the amount sought or a fair estimate of it. Fed. R. Civ. P. 54(2)(B). Within 30 days of filing the motion, the movant must file a detailed specification and itemization of the requested award, with supporting affidavits and other documentation. LR 54.2A(2), N.D.Ga.

Pursuant to Fed. R. Civ. P. 54, N.D. Ga. Local Rule 54, 29 U.S.C. § 216(b) (FLSA), the Court's Order approving the parties' settlement of Plaintiff's FLSA overtime claim [DE 61], and the parties' Settlement Agreement [DE 54, Ex. A]. Plaintiff now respectfully moves the Court for an award of attorneys' fees in the

amount of $22,560.00, expenses in the amount of $861.02, plus an additional amount to cover fees Plaintiff reasonably accrues from this date forward, including time incurred in drafting the detailed specification and itemization of the requested award and supporting memorandum and documentation.

On October 30, 2019, the Court approved the parties' settlement of Plaintiff's FLSA overtime claim. [DE 61]. The parties' settlement stipulates that the Court will determine the amount of fees upon motion by Plaintiff. See [DE 54, Ex. A].

With this motion for attorney's fees, Plaintiff identifies the Court's Order approving the parties' settlement [DE 61], the parties' Settlement Agreement [DE 54, Ex. A], and 29 U.S.C. § 216(b) entitling Plaintiff to an award of fees. Plaintiff further submits that the amount of attorneys' fees sought is $22,560.00 as of November 13, 2019.  Within 30 days of this filing, Plaintiff will file Plaintiff's detailed specification and itemization of the requested award, and supporting memorandum of law, declarations, and billing and cost statements.

Respectfully submitted, this 13th day of November, 2019.

s/V. Severin Roberts, Esq.
V. Severin Roberts, Esq.
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSE JONES, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1-18-cv-05384-LMM |
| v. | ) | |
| | ) | |
| MARIETTA NONDESTRUCTIVE | ) | JURY TRIAL DEMANDED |
| TESTING, LLC, CURTIS COOPER, and | ) | |
| STEVE NORRED, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2019, I electronically filed the foregoing Plaintiff Jesse Jones' Motion for Attorney's Fees with the Clerk of Court using the CM/ECF system which will automatically provide notification of the filing to all attorneys of record.

s/V. Severin Roberts, Esq.
V. Severin Roberts, Esq.
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309

4